UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:

PROBATION AND PRETRIAL OFFICES.

Misc. No. 05-203 (JAF)

**O R D E R**

On occasion of the retirement of Chief U.S. Pretrial Services Officer Héctor R. Torres Quiñones, effective January 2, 2006, the District Court must revisit the future organizational arrangement of the Pretrial Services Office, in light of the Judicial Conference's policy adopted at its March 15, 2005 meeting. The policy states that individual districts remain in the best position to decide the issue of consolidation of Probation and Pretrial Offices. However, the policy also recommends district courts and their respective circuit councils to consider the issue of consolidation of separate probation and pretrial services offices when:

    a) A chief probation or pretrial officer is scheduled to retire or transfer; and

    b) Consolidation may serve as a means to achieve additional economies and efficiencies without compromising the mission of pretrial services.

Given the importance of the decision and the short and long-term implications of the matter, a final decision on the issue will be

Misc. No.          (JAF)                                          -2-

made by the Court within twelve months of the enactment of the following administrative arrangement.

**ADMINISTRATION**

The Chief U.S. Probation Officer will oversee and provisionally remain in charge of all administrative matters, including budget, procurement, contracting, training, and personnel, as Acting Chief of the Pretrial Services Office. The Court will appoint an Assistant Deputy Chief, as a first-line manager, from within the ranks of the U.S. Pretrial Services Office, who will share the administrative responsibilities with the Chief Probation Officer and will coordinate and assure the smooth continuity of operations of the Pretrial Services Office. The Chief U.S. Probation Officer and the Assistant Deputy Chief Pretrial Officer will meet with the undersigned as needed to keep the Court apprised of the progress of the collaboration effort and receive guidance to deal with any obstacles encountered along the way. Until an official selection of an Assistant Deputy Chief Pretrial Officer is finally made, the Court appoints Supervising Pretrial Services Officer José Obén to the position on an interim basis.

While under this administrative arrangement between the Probation and Pretrial Services Offices, coordination and collaboration will be further enhanced in the following areas:

Misc. No.        (JAF)                                              -3-

**Human Resources, Procurement, Contracting, Budget, and Training**

1) The feasibility of implementing a Human Resources Unit to serve the needs of both Court offices will be considered and its implementation carried out should it be deemed suitable. Units may pool resources in advertising vacancies, recruiting, and training new personnel.

2) Efficiencies in the area of procurement and contracting for treatment services will also be explored so as to gain additional cost savings.

3) The development of joint staff training endeavors will be explored to include cross-training initiatives.

4) The feasibility of implementing a Budget/Financial backup system to serve the needs of both Court Units will be explored. This will require collaboration and open communication between budget personnel from both units.

Within a year of this administrative arrangement, the Court will be in a better position to decide on the issue of consolidation. In entering this Order and through the one-year process ending with a final decision, the Court will protect the integrity of the Probation and Pretrial Services' workforce, culture, and mission.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 16th day of December, 2005.

JOSE ANTONIO FUSTE
Chief U. S. District Judge